**IN the INTEREST OF: D.M.M.**

**Juvenile Officer, Respondent,**

v.

**D.M.M., Appellant.**

**WD 77730**

Missouri Court of Appeals, Western District.

ORDER FILED: April 7, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2015

Application for Transfer Denied August 18, 2015

Lori Fluegel, Kansas City, MO, Attorney for Respondent,.

Craig A. Johnston, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

of contract liability in excess of its policy limits. We express no opinion regarding Esu-

Before Division I: Cynthia L. Martin, Presiding Judge, and Thomas H. Newton and Mark D. Pfeiffer, Judges

**Order**

Per Curiam:

D.M.M., a juvenile, appeals the judgment of the Circuit Court of Jackson County, Missouri, finding that D.M.M. had committed acts for which she would have been criminally responsible had she been an adult, and finding that D.M.M. also committed the status offense of violating a court order. Finding no error, we affirm. Because a published opinion would serve no jurisprudential purpose, the parties have separately been provided a legal memorandum setting forth the reasons for our ruling. Rule 84.16(b).